BARONE R. DE BANFIELD v. HILTON HOTELS CORPORATION.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

ST. LUKE'S HOSPITAL v. CONSOLIDATED MUTUAL INSURANCE COMPANY et al.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

ELEANOR CLOKE v. HOTEL ROOSEVELT CORPORATION.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

HAZEL SMITH v. BOLLING COMPANY, INC.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

CARMELO NICOTRA v. HOLLAND-AMERICA LINE et al.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

SAUL HERTZIG et al., Doing Business under the Name of LEXCO v. SPARTAN SPORTSWEAR, INC., et al.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

CROCE DI DONATO v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

NATHAN OSSIP et al. v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., et al.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

STEPHEN K. RAPP v. WILLIAM J. RAPP.— Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

MARTHA MIZELL, as Administratrix, v. J. C. WEBB, SR., Doing Business under the Name of WEBB'S TRANSFER, et al.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

FREDERICK S. WEAVER v. METROPOLITAN LIFE INSURANCE COMPANY et al.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

JAMES WOODSON v. NEW YORK CITY HOUSING AUTHORITY et al.— Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

In the Matter of EDWARD G. GILBERT v. ARMAND D'ANGELO, as Commissioner of the Department of Water Supply, Gas and Electricity of the City of New York.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.